UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00424-DOC-ADS                                          Date: May 12, 2022

Title: AMANDA BOUDREAUX ET AL. V. ABBVIE, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Dajanae Carrigan for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: MOTION TO REMAND [20]**

The Court **TAKES UNDER SUBMISSION** Plaintiffs' Motion to Remand (Dkt. 20) and **VACATES** the hearing on the Motion scheduled for May 18, 2022 at 8:30 a.m. The Court hereby **CONTINUES** the Scheduling Conference to **June 6, 2022 at 8:30 a.m.**

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: dca/kdu

MINUTES FORM 11
CIVIL-GEN